**IN THE UNITED STATES DISTRICT COURT FOR**
**THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

FILED

OCT 22 20

CLERK
U.S. DIST. OF GA

ALEXIA HAYSMAN, CHERYL COLLINS, )
and GLORIA COLLEY, f/k/a Gloria )
Sasser, )
                            )
     Plaintiffs, )
                            )
v. )     CASE NO. CV415-205
                            )
METROPOLITAN LIFE INSURANCE )
CO.; HARTFORD LIFE & ACCIDENT )
INSURANCE CO.; PATCOMP, INC.; )
d/b/a Entre Solutions; and BILL )
LUCAS & ASSOCIATES, INC.; )
                            )
     Defendants. )

## O R D E R

Before the Court is the parties' Stipulation of Dismissal With Prejudice as to Defendant Hartford Life & Accident Insurance Company. (Doc. 35.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims against Defendant Hartford are **DISMISSED WITH PREJUDICE**.

SO ORDERED this 22nd day of October 2015.

WILLIAM T. MOORE, JR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA