IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ALEXIA HAYSMAN, CHERYL )
COLLINS, and GLORIA COLLEY, )
f/k/a Gloria Sasser, )
)
Plaintiffs, )
)
v. ) CASE NO. CV415-205
)
METROPOLITAN LIFE INSURANCE )
COMPANY; PATCOMP, INC., d/b/a )
Entre Solutions; and BILL )
LUCAS & ASSOCIATES, INC.; )
)
Defendants. )
)

**O R D E R**

Before the Court is the parties' Motion for Dismissal With Prejudice. (Doc. 52.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing "a stipulation of dismissal signed by all parties who have appeared." As requested, Plaintiffs' claims in this case are **DISMISSED WITH PREJUDICE**. Each party in this action shall bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 11th day of July 2016.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA